United States District Court
Southern District of Texas
**ENTERED**
March 27, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FITZ D JACKSON,<br>　　Plaintiff, | §<br>§<br>§ |
| VS. | § CIVIL ACTION NO. 4:24-CV-02227<br>§ |
| YOLANDA LOPEZ,<br>　　Defendant. | §<br>§<br>§ |

# **ORDER**

On August 23, 2024, all pretrial matters in this case were referred to United States Magistrate Judge Yvonne Y. Ho under 28 U.S.C. § 636(b)(1). (Dkt. 19). Judge Ho filed a Memorandum and Recommendation on March 11, 2025, recommending that Defendant's Motion to Dismiss (Dkt. 21) be **GRANTED**. (Dkt. 36).

On March 20, 2025, Plaintiff filed his objections. (Dkt. 37). In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; see also FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the objections, the Memorandum and Recommendation, the pleadings, and the record. The Court **ACCEPTS** Judge Ho's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Ho's Memorandum and Recommendation (Dkt. 36) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Defendant's Motion to Dismiss (Dkt. 21) is **GRANTED**; and

(3) This matter is **DISMISSED**.

It is so **ORDERED**.

SIGNED at Houston, Texas on March 27, 2025.

                                                             _____
                                                             GEORGE C. HANKS, JR.
                                                             UNITED STATES DISTRICT JUDGE